FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE LYNN BRAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>KIM EUGENE BRAIN,<br><br>    Defendants. | No. 1:25-CV-3119-JAG<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The Court denied Julie Brain's request to proceed *in forma pauperis*. ECF No. 4. Plaintiff was directed to pay the full filing fee within thirty days. ECF No. 4. The filing fee has not been paid. Another case filed by Protective Life Insurance Company, *Protective Life Insurance Company v. Brain*, 2:25-CV-3075-JAG, addresses the same legal and factual issues as this lawsuit. In *Protective Life Insurance Company v. Brain*, 2:25-CV-3075-JAG, the Court granted default judgment in Protective Life Insurance Company's favor under separate order. While typically the Court dismisses a case without prejudice for failure to pay the filing fee, where judgment will be entered on the same facts as discussed in Julie Brain's Complaint in another case, dismissal with prejudice is appropriate.

Accordingly, **IT IS ORDERED:**

The case is **DISMISSED WITH PREJUDICE.**

ORDER - 1

**IT IS SO ORDERED.**

The District Court Executive is directed to file this Order, provide copies to *pro se* Plaintiff, and **CLOSE** this file.

DATED January 21, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2